**No. 10-6515. Johnny Jackson, Petitioner v. The Geo Group, Inc., et al.**

562 U.S. 1257, 131 S. Ct. 1567, 179 L. Ed. 2d 476, 2011 U.S. LEXIS 1763.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6873. Maria E. Flores Feliciano and Edgardo Rivera Borrero, Petitioners v. Carlos Molina, et al.**

562 U.S. 1257, 131 S. Ct. 1568, 179 L. Ed. 2d 476, 2011 U.S. LEXIS 1859.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 607 F.3d 864.

**No. 10-6879. Jese Hernandez-Mendoza, Petitioner v. United States.**

562 U.S. 1257, 131 S. Ct. 1568, 179 L. Ed. 2d 476, 2011 U.S. LEXIS 1730.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 600 F.3d 971.

**No. 10-6895. Victor Sanchez, Jr., Petitioner v. United States.**

562 U.S. 1257, 131 S. Ct. 1568, 179 L. Ed. 2d 476, 2011 U.S. LEXIS 1861.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 608 F.3d 685.

**No. 10-6900. Jonathan Leon Toliver, Petitioner v. United States.**

562 U.S. 1257, 131 S. Ct. 1568, 179 L. Ed. 2d 476, 2011 U.S. LEXIS 1781.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 570.

**No. 10-7349. Vincent Missouri, Petitioner v. United States.**

562 U.S. 1258, 131 S. Ct. 1569, 179 L. Ed. 2d 476, 2011 U.S. LEXIS 1821.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 252.

**No. 10-7447. Andrew D. Wenmoth, Petitioner v. Ovid Wesley Duncan, Jr., et al.**

562 U.S. 1258, 131 S. Ct. 1569, 179 L. Ed. 2d 476, 2011 U.S. LEXIS 1742.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 382 Fed. Appx. 271.